UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUNDOWN ENERGY LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:17-CV-3179-B |
| | § | |
| CHUBB LLOYD'S INSURANCE | § | |
| COMPANY OF TEXAS and | § | |
| VIGILANT INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has been informed that the parties have reached a settlement in this case. Doc. 24, ADR Summary. Therefore, the Court **ORDERS** the parties to file their final settlement papers by **Wednesday, August 1, 2018.**

SO ORDERED.

SIGNED: July 2, 2018

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-