IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SUNDOWN ENERGY LP § | |
| § | |
| VS. § | CASE NO. 3:17-CV-03179-B |
| § | |
| CHUBB LLOYDS INSURANCE COMPANY § | |
| OF TEXAS AND VIGILANT INSURANCE § | |
| COMPANY § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered Plaintiff **Sundown Energy LP's** Agreed Motion to Dismiss *with prejudice*, and it appearing to the Court that Plaintiff no longer desires to prosecute its causes of action against Defendants **CHUBB LLOYDS INSURANCE COMPANY OF TEXAS AND VIGILANT INSURANCE COMPANY**, it is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that all of Plaintiff, **Sundown Energy LP's** causes of action against Defendants, **CHUBB LLOYDS INSURANCE COMPANY OF TEXAS AND VIGILANT INSURANCE COMPANY** are dismissed *with prejudice*. All costs of court and attorney's fees incurred are to be taxed against the party incurring same.

SIGNED this 16 day of August, 2018.

_____
JUDGE PRESIDING

2620341v.1

3